ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    333 Market St., Ste. 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8982
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LEO ALEXANDER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:11-cv-03959-JEM<br>_____<br><br>[~~PROPOSED~~] JUDGMENT |

IT IS ORDERED AND ADJUDGED that judgment in favor of Plaintiff is hereby entered.

ENTERED: January 23, 2012    */s/John E. McDermott*
                                               HON. JOHN E. MCDERMOTT
                                               United States Magistrate Judge