1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Leo Alexander

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10
    LEO ALEXANDER,                    ) Case No.: CV 11-3959 RGK JEM
11                                    )
           Plaintiff,                 ) {PROPOSED} ORDER AWARDING
12                                    ) EQUAL ACCESS TO JUSTICE ACT
       vs.                            ) ATTORNEY FEES AND EXPENSES
13                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
    MICHAEL J. ASTRUE,                ) AND COSTS PURSUANT TO 28
14  Commissioner of Social Security,  ) U.S.C. § 1920
                                      )
15         Defendant                  )
                                      )
16  _____)

17
         Based upon the parties' Stipulation for the Award and Payment of Equal
18
    Access to Justice Act Fees, Costs, and Expenses:
19
         IT IS ORDERED that fees and expenses in the amount of $2,400.00 as
20
    authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
21
    DATE:  April 13, 2012
22
                        /s/John E. McDermott_____
23                      THE HONORABLE JOHN E MCDERMOTT
                        UNITED STATES MAGISTRATE JUDGE
24

25

26

                                    -1-